IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JACOB YOUNG MORGAN,

      Plaintiff,

v.

      2:25-CV-246-Z-BP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the magistrate judge, advising the Court that the Commissioner's decision should be reversed and this case should be remanded. ECF No. 18. No objections to the FCR have been filed.

The magistrate recommends remand because the administrative law judge ("ALJ") failed to address an apparent conflict in the vocational expert's ("VE") testimony. ECF No. 18 at 5–10. The ALJ found Plaintiff was "limited to understanding, remembering, and carrying out simple, routine, repetitive tasks." *Id.* at 5 (citing ECF No. 11-1 at 26, 78). The VE testified that a hypothetical person with Plaintiff's limitations would be precluded from carrying out detailed written and oral instructions. *Id.* at 7 (citing ECF No. 11-1 at 81). But the ALJ stated Plaintiff could perform four jobs that require the ability to carry out "detailed but uninvolved written instructions." *Id.* at 6–7. Plaintiff's representative asked the VE about this apparent inconsistency on cross-examination. *Id.* at 7 (citing ECF No. 11-1 at 81). The magistrate concluded that this conflict "required resolution and a reasonable explanation" to constitute substantial evidence. *Id.* (quoting *Muntrice M. v.*

*Comm'r of Soc. Sec. Admin.*, No. 3:24-CV-1162, 2025 WL 2483337, at *4 (N.D. Tex. Aug. 28, 2025). The ALJ did not resolve this conflict. *Id.* Further, the magistrate found the ALJ's error was prejudicial, justifying reversal and remand. *Id.* at 9–10.

The Court has reviewed the FCR for clear error and finds none. It is therefore **ORDERED** that the magistrate's FCR (ECF No. 18) is **ADOPTED**. Accordingly, the Court **REVERSES** this case, and **REMANDS** it to the Commissioner for further administrative action.

**SO ORDERED.**

June **24**, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE